155 A.3d 435

**MCGEEHAN**

v.

**MCGEEHAN**

**Pet. Docket No. 537, Sept. Term, 2016**

Court of Appeals of Maryland.

February 17, 2017

Opinion of the Court of Special Appeals unreported (No. 2445, Sept. Term, 2015).

Petition for writ of certiorari granted

155 A.3d 435

**BACK RIVER**

v.

**JABLON**

**Pet. Docket No. 540, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1758, Sept. Term, 2015).

Petition for writ of certiorari and conditional cross-petition—both denied.